UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHELLE C. PIWONSKI ) | Case No. 12-13549-MER |
| SSN: xxx-xx-8894 ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | Adversary Proceeding No. |
| ) | 12-01339 MER |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE WITNESS AND EXHIBIT LISTS**

Plaintiff Kenneth E. Weaver, by and through undersigned counsel hereby moves this Court to allow Plaintiff this Monday, January 13, 2014 to file its Witness and Exhibit Lists for the hearing on "Plaintiff's Verified Motion for an Order to Show Cause Why a Judgment for Contempt Should not be Entered Against Debtor, Michelle C. Piwonski, and for Sanctions Arising Under this Court's Order of October 10 and 11, 2013" scheduled for January 16, 2014 at 9:30 a.m. in Courtroom C502, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado and states as follows:

    1.    Plaintiff's counsel was served with Defendant's Witness and Exhibit list on Thursday, January 9, 2014. Defendant's filed Witness and Exhibit Lists believing January 9, 2014 was the due date pursuant to a Notice of Telephonic Status Conference (See Doc No. 95).

    2.    Plaintiff's counsel was relying on Local Bankruptcy Rule 9070-1 and intended to file its Witness and Exhibit List on Monday, January 13, 2014, which is three days prior to the hearing. There appears to be no contrary order and the Plaintiff was in trial most of last week and could not be reached.

3. There is no prejudice to any party for this short extension to the extent it is needed. Counsel has been unable to contact opposing counsel in time to file this motion.

Wherefore, Plaintiff respectfully requests that it be allowed up to and including Monday, January 13, 2014 to file its witness and exhibit lists and for such other and further relief this court deems just and proper.

Respectfully submitted this 9th day of January, 2014.

BALLARD SPAHR LLP

By: s/ *Jeffrey Cohen*
Jeffrey Cohen, #10876
Matthew Morr, #
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 292-2400
Fax: (303) 296-3956
E-mail: cohenj@ballardspahr.com
morrm@ballardspahr.com

ATTORNEYS FOR KENNETH E. WEAVER

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2014 a true and correct copy of the foregoing was served via electronic mail or first class mail properly addressed to:

Kenneth J. Buechler
Buechler Law Office LLC
1621 18th St., Suite 260
Denver, CO 80202
ken@kjblawoffice.com

Gary Tucker
1120 Lincoln Street, Suite 1607
Denver, CO 80203
gary@glegal.net

Maria J. Flora
1763 Franklin Street
Denver, CO 80218-1124
mjflora@msn.com

 

                                       *s/ Christine T. Snider*
                                           Christine T. Snider