# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: PIWONSKI, MICHELLE C § Case No. 12-13549-MER
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 29, 2012. The undersigned trustee was appointed on February 29, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        17,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 8,978.41 |
   | Bank service fees | 498.44 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 8,023.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/20/2012 and the deadline for filing governmental claims was 08/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,500.00, for a total compensation of $2,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $76.60, for total expenses of $76.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2014          By: /s/Glen R. Anstine
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13549-MER  
**Case Name:** PIWONSKI, MICHELLE C

**Trustee:** (260280) Glen R. Anstine  
**Filed (f) or Converted (c):** 02/29/12 (f)  
**§341(a) Meeting Date:** 03/29/12

**Period Ending:** 04/29/14

**Claims Bar Date:** 07/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5748 Cadence Lane, Plano, Texas<br>Estate's interest in asset sold pursuant to Asset Purchase Agreement | 545,000.00 | 15,000.00 | | 15,000.00 | FA |
| 2 | 7404 Bishop Rd., Plano, Texas 75024 (Condo - Rental) | 231,800.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Bank of America Checking Account (6645) | 575.00 | 575.00 | | 500.00 | FA |
| 5 | CitiBank Checking (2641) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 6 | Household goods and furnishings<br>includes Yamaha Baby Grand Piano--estate's interest in piano sold pursuant to Asset Purchase Agreement Value included in asset #1 above. | 4,925.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous pictures, books | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry (2 watches; misc. costume jewelry) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Game Room: Weight set, air hocky table, free weight set; ellipitcal, treadmill | 750.00 | 0.00 | | 0.00 | FA |
| 11 | Gun - 9mm Gloc (in possession of Ken Weaver) | Unknown | 0.00 | | 0.00 | FA |
| 12 | Farmers Insurance - Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Beyond Releaf Inc. (Incorporated but never operated) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | First Response Security Inc. (used for security for RMF - ceased operations 2/2012) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | MCP Management Ltd. (used as business and payroll account for RMF: RMF ceased opperations 2/2012) | 100.00 | 100.00 | | 0.00 | FA |
| 16 | PaySmart Payment Solutions Inc. (Asset holding company-court ordered not to use.) Estate's interest in asset sold pursuant to Asset Purchase Agreement. Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | PCI Management (used to pay contractors for RMF; ceased operations 2/2012) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13549-MER  
**Case Name:** PIWONSKI, MICHELLE C

**Period Ending:** 04/29/14

**Trustee:** (260280) Glen R. Anstine  
**Filed (f) or Converted (c):** 02/29/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 07/20/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 18 | Rocky Mountain Releaf Inc. (Incorported but never used as a business entity) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Zone (Incorporated by Ken Weaver - status unknown) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Claims against Ken Weaver (Theft, breach of contract, etc.) | 2,400,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2012 Lexus RX 350 | 37,521.00 | 0.00 | | 0.00 | FA |
| 22 | 318C Alouette Helicopter N309DB (Titled - Pay Smart Payment Solutions, Inc.) Disputed Asset with Ken Weaver.  Estate's interest in asset sold pursuant to Asset Purchase Agreement.  Value included in asset #1 above. | 100,000.00 | 0.00 | | 0.00 | FA |
| 23 | Mitsubishi MU-2B-25 Fixed Wing Multi-Engine Plane N311RN (Titled-PaySmart Payment Solutions, Inc.) Disputed Asset with Ken Weaver.  Estate's interest in asset sold pursuant to Asset Purchase Agreement.  Value included in asset #1 above. | 150,000.00 | 0.00 | | 0.00 | FA |
| 24 | Debtor's right, title and interest in Rocky  (u) Mountain Farmacy, and any potential claims of the bankruptcy estate to recover assets of Rocky Mountain Farmacy.  Estate's interest in asset sold pursuant to Asset Purchase Agreement.  Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 2006 Jeep Commander  (u)<br>Estate's interest in asset sold pursuant to Asset Purchase Agreement.  Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2007 Ford E250 Cargo Van  (u)<br>Estate's interest in asset sold pursuant to Asset Purchase Agreement.  Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 2005 BMW X5  (u)<br>Estate's interest in asset sold pursuant to Asset Purchase Agreement.  Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13549-MER  **Trustee:** (260280) Glen R. Anstine
**Case Name:** PIWONSKI, MICHELLE C  **Filed (f) or Converted (c):** 02/29/12 (f)
  **§341(a) Meeting Date:** 03/29/12
**Period Ending:** 04/29/14  **Claims Bar Date:** 07/20/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28  2007 Land Rover (u)  Estate's interest in asset sold pursuant to Asset Purchase Agreement. Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |
| 29  2007 BMW M6 (u)  Estate's interest in asset sold pursuant to Asset Purchase Agreement. Value included in asset #1 above. | 0.00 | 0.00 | | 0.00 | FA |
| 29  Assets  Totals (Excluding unknown values) | $3,475,471.00 | $17,775.00 | | $17,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Retained Maria Flora to assist with property issues.

4/15/13 Asset purchase agreement pending Court approval between Kenneth E. Weaver and the Bankruptcy Estate by Weaver's payment of $15,000 for the estate's interest in the assets described in that Asset Purchase Agreement.

Status Conference and Scheduling Hearing on 9/11/13 at 3:00 p.m.

4/10/14 Court entered order allowing Kenneth Buechler to withdraw as counsel for debtor.

4/29/14 call from Amy with the Internal Revenue Service, the Debtor filed her returns and her refunds were offset for prior year taxes, zero liability. Will file amended proof of claim.

**Initial Projected Date Of Final Report (TFR):**  March 31, 2013  **Current Projected Date Of Final Report (TFR):**  April 30, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-13549-MER
**Case Name:** PIWONSKI, MICHELLE C

**Taxpayer ID #:** **-***3831
**Period Ending:** 04/29/14

**Trustee:** Glen R. Anstine (260280)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******99-65 - Checking Account
**Blanket Bond:** $84,132,847.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/16/12 | {5} | Michelle C. Piwonski | CitiBank bank account balance. | 1129-000 | 2,000.00 | | 2,000.00 |
| 04/16/12 | {4} | Michelle C. Piwonski | Bank of America account balance. | 1129-000 | 500.00 | | 2,500.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,475.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,450.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,425.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,400.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,375.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,350.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,325.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,300.00 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026028088 20121227 | 9999-000 | | 2,300.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,500.00 | 2,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,300.00 | |
| | | | **Subtotal** | | **2,500.00** | **200.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,500.00** | **$200.00** | |

{} Asset reference(s)

Printed: 04/29/2014 09:43 AM    V.13.14

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-13549-MER  
**Case Name:** PIWONSKI, MICHELLE C  

**Taxpayer ID #:** **-***3831  
**Period Ending:** 04/29/14  

**Trustee:** Glen R. Anstine (260280)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****934565 - Checking Account  
**Blanket Bond:** $84,132,847.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,300.00 | | 2,300.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,290.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,280.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,270.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 3,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 4,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 5,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 6,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 7,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 8,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 9,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 10,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 11,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 12,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 13,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 14,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 15,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 16,260.00 |
| 04/15/13 | {1} | Tasowio Funding for Ken Weaver | Payment pursuant to Asset Purchase Agreement. | 1110-000 | 1,000.00 | | 17,260.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.53 | 17,246.47 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.63 | 17,220.84 |

Subtotals : $17,300.00 $79.16

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-13549-MER  
**Case Name:** PIWONSKI, MICHELLE C  

**Taxpayer ID #:** **-***3831  
**Period Ending:** 04/29/14

**Trustee:** Glen R. Anstine (260280)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****934565 - Checking Account  
**Blanket Bond:** $84,132,847.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.11 | 17,197.73 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.20 | 17,170.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.69 | 17,145.84 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.83 | 17,122.01 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.09 | 17,094.92 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.94 | 17,071.98 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.01 | 17,044.97 |
| 01/15/14 | 11001 | Maria J. Flora, P.C. | Payment pursuant to 1/14/14 Court order, $8,750.00 for legal services and $228.41 for expenses incurred 4/4/12-11/15/13. | | | 8,978.41 | 8,066.56 |
| | | | legal services provided  8,750.00 | 3210-000 | | | 8,066.56 |
| | | | reimbursement of actual  228.41 and necessary expenses | 3220-000 | | | 8,066.56 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.45 | 8,045.11 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.79 | 8,034.32 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.17 | 8,023.15 |
| | | | **ACCOUNT TOTALS** | | 17,300.00 | 9,276.85 | **$8,023.15** |
| | | | Less: Bank Transfers | | 2,300.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 9,276.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$9,276.85** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******99-65** | 2,500.00 | 200.00 | 0.00 |
| **Checking # ****934565** | 15,000.00 | 9,276.85 | 8,023.15 |
| | **$17,500.00** | **$9,476.85** | **$8,023.15** |

{} Asset reference(s) 

Printed: 04/29/2014 09:43 AM    V.13.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 20, 2012

| Case Number: | 12-13549-MER | | Page: 1 | | **Date:** April 29, 2014 |
|---|---|---|---|---|---|
| Debtor Name: | PIWONSKI, MICHELLE C | | | | **Time:** 09:43:30 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | Glen R. Anstine<br>7400 Wadsworth Blvd. Ste. 101<br>Arvada, CO 80003 | Admin Ch. 7 | | $2,500.00 | $0.00 | 2,500.00 |
| B 200 | Glen R. Anstine<br>7400 Wadsworth Blvd. Ste. 101<br>Arvada, CO 80003 | Admin Ch. 7 | | $76.60 | $0.00 | 76.60 |
| C 200 | Maria J. Flora, P.C.<br>1763 Franklin Street<br>Denver, CO 80218 | Admin Ch. 7 | Attorney fees for the period from April 4, 2012 through November 15, 2013 | $8,750.00 | $8,750.00 | 0.00 |
| D 200 | Maria J. Flora, P.C.<br>1763 Franklin Street<br>Denver, CO 80218 | Admin Ch. 7 | Expenses incurred the period from April 4, 2012 through November 15, 2013 | $228.41 | $228.41 | 0.00 |
| 6P 570 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | 14108901<br>Basis for Claim: Taxes<br>12/31/2009 and 12/31/2010 tax and interest. Amended by claim 6-2 to zero liabiilty. | $0.00 | $0.00 | 0.00 |
| 5-2P 570 | Colorado Department of Revenue<br>1375 Sherman Street, Room 504<br>Attention: Bankruptcy Unit<br>Denver, CO 80261 | Priority | 8894<br>Basis for Claim: The grounds of liability is tax due under Colorado Statutes as Revised<br>unassessed tax. Amends claim 5 filed 5/8/2012. | $0.00 | $0.00 | 0.00 |
| 6-2P 570 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | 14108901<br>Basis for Claim: Taxes<br>12/31/2009 and 12/31/2010 tax and interest. Amends claim 6 filed 5/11/2012. Zero liability. | $0.00 | $0.00 | 0.00 |
| 2 100 | Collin County Tax Assessor/Collector<br>PO BOX 8046<br>MCKINNEY, TX 75070 | Secured | 0301<br>Basis for Claim: Ad Valorem Property Tax<br>5748 Cadence Ln, Plano | $2,757.26 | $0.00 | 2,757.26 |
| 3 100 | Collin County Tax Assessor/Collector<br>PO BOX 8046<br>MCKINNEY, TX 75070 | Secured | 0201<br>Basis for Claim: Ad Valorem Property Tax<br>7404 Bishop Rd., Plano | $12,359.27 | $0.00 | 12,359.27 |
| 1 610 | NORDSTROM, fsb<br>POB 6566<br>ENGLEWOOD, CO 80155 | Unsecured | Basis for Claim: credit card | $919.32 | $0.00 | 919.32 |
| 4 610 | GENERAL AIR SERVICE & SUPPLY<br>1105 ZUNI ST<br>DENVER, CO 80204 | Unsecured | 7029<br>Basis for Claim: GOODS & SERVICES | $1,112.98 | $0.00 | 1,112.98 |
| 5 610 | Colorado Department of Revenue<br>1375 Sherman Street, Room 504<br>Attention: Bankruptcy Unit<br>Denver, CO 80261 | Unsecured | 8894<br>Basis for Claim: The grounds of liability is tax due under Colorado Statutes as Revised<br>unassessed tax. Amended by claim 5-2 filed 4/25/14. | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 20, 2012

**Case Number:** 12-13549-MER  
**Debtor Name:** PIWONSKI, MICHELLE C  

Page: 2

**Date:** April 29, 2014  
**Time:** 09:43:30 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6U 610 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | 14108901<br>Basis for Claim: Taxes<br>12/31/2006 income tax and interest. Amended by claim 6-2 to zero liability. | $0.00 | $0.00 | 0.00 |
| 7 610 | Nelnet<br>Attention: Accounting Department<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508 | Unsecured | 8894<br>Basis for Claim: Student Loan Obligation | $8,661.63 | $0.00 | 8,661.63 |
| 8 610 | American Express Bank, FSB<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2000<br>Basis for Claim: CREDIT CARD DEBT | $70,552.71 | $0.00 | 70,552.71 |
| 9 610 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Unsecured | 1167<br>Basis for Claim: CREDIT CARD/OTHER | $3,917.37 | $0.00 | 3,917.37 |
| 10 610 | Colorado & Dickenson, LLC<br>Jordon Perlmutter & Co.<br>1601 Blake St., #600<br>Denver, CO 80202 | Unsecured | Basis for Claim: unpaid rent pursuant to written lease agreement | $40,793.25 | $0.00 | 40,793.25 |
| 11 610 | Strasburger & Price, L.L.P.<br>Attn: Robert P. Franke, Esq.<br>901 Main Street, Suite 4400<br>Dallas, TX 75202 | Unsecured | 24528<br>Basis for Claim: (blank) but attachment states is for legal services | $48,981.96 | $0.00 | 48,981.96 |
| 12 610 | Brown Fox Kizzia & Johnson PLLC<br>8226 Douglas Ave., Suite 441<br>Dallas, TX 75225 | Unsecured | 0152<br>Basis for Claim: professional legal services rendered<br>amended by claim 15 | $0.00 | $0.00 | 0.00 |
| 13 610 | Kenneth E. Weaver<br>C/O Duncan E. Barber, Esq.<br>4582 S. Ulster St. Pkwy Suite 1650<br>Denver, CO 80237 | Unsecured | Basis for Claim: Forgery, embezzlement, and theft | $2,200,000.00 | $0.00 | 2,200,000.00 |
| 14 610 | TimePayment Corporation<br>16 N.E. Executive Park, #200<br>Burlington, MA 01803 | Unsecured | 0564<br>Basis for Claim: Goods Leased<br>personal guaranty | $13,806.50 | $0.00 | 13,806.50 |
| 15 610 | Brown Fox Kizzia & Johnson PLLC<br>8226 Douglas Ave., Suite 441<br>Dallas, TX 75225 | Unsecured | 0152<br>Basis for Claim: professional legal services rendered<br>amends claim 12 | $45,622.03 | $0.00 | 45,622.03 |
| 16 620 | FIA Card Services, N.A. as successor in interest to Bank<br>of America, N.A. (USA) and MBNA America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | 1439/0048<br>Basis for Claim: Credit Card Charges | $17,520.90 | $0.00 | 17,520.90 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 20, 2012

**Case Number:** 12-13549-MER  
**Debtor Name:** PIWONSKI, MICHELLE C  

Page: 3

**Date:** April 29, 2014  
**Time:** 09:43:30 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 620 | Lexus Financial Services<br>PO BOX 9490<br>Cedar Rapids, IA 52409-9490 | Unsecured | 008-CC075069<br>Basis for Claim: Car Loan<br>2012 RX 350 | $38,397.21 | $0.00 | 38,397.21 |
| 6PEN 630 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | 14108901<br>Basis for Claim: Taxes<br>penalty to date of petition - amended by claim 6-2 to zero liability | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 2,516,957.40 | 8,978.41 | 2,507,978.99 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-13549-MER
Case Name: PIWONSKI, MICHELLE C
Trustee Name: Glen R. Anstine

**Balance on hand:**                  $          8,023.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Collin County Tax Assessor/Collector | 2,757.26 | 2,757.26 | 0.00 | 0.00 |
| 3 | Collin County Tax Assessor/Collector | 12,359.27 | 12,359.27 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                       $      8,023.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Glen R. Anstine | 2,500.00 | 0.00 | 2,500.00 |
| Trustee, Expenses - Glen R. Anstine | 76.60 | 0.00 | 76.60 |

Total to be paid for chapter 7 administration expenses:   $      2,576.60
Remaining balance:                                        $      5,446.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $      5,446.55

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6P | Department of the Treasury - Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 5-2P | Colorado Department of Revenue | 0.00 | 0.00 | 0.00 |
| 6-2P | Department of the Treasury - Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,446.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,434,367.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | NORDSTROM, fsb | 919.32 | 0.00 | 2.06 |
| 4 | GENERAL AIR SERVICE & SUPPLY | 1,112.98 | 0.00 | 2.49 |
| 5 | Colorado Department of Revenue | 0.00 | 0.00 | 0.00 |
| 6U | Department of the Treasury - Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 7 | Nelnet | 8,661.63 | 0.00 | 19.38 |
| 8 | American Express Bank, FSB | 70,552.71 | 0.00 | 157.85 |
| 9 | PHARIA L.L.C. | 3,917.37 | 0.00 | 8.76 |
| 10 | Colorado & Dickenson, LLC | 40,793.25 | 0.00 | 91.27 |
| 11 | Strasburger & Price, L.L.P. | 48,981.96 | 0.00 | 109.59 |
| 12 | Brown Fox Kizzia & Johnson PLLC | 0.00 | 0.00 | 0.00 |
| 13 | Kenneth E. Weaver | 2,200,000.00 | 0.00 | 4,922.19 |
| 14 | TimePayment Corporation | 13,806.50 | 0.00 | 30.89 |
| 15 | Brown Fox Kizzia & Johnson PLLC | 45,622.03 | 0.00 | 102.07 |

Total to be paid for timely general unsecured claims: $ 5,446.55
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 55,918.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | FIA Card Services, N.A. as successor in interest to Bank | 17,520.90 | 0.00 | 0.00 |
| 17 | Lexus Financial Services | 38,397.21 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6PEN | Department of the Treasury - Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**